29 September 2014

To: Hon. Michael E. Hegarty
    Alfred A. Arraj United States Courthouse A542/Courtroom A501
    901 19th St
    Denver, CO

Re: *Dallas Buyers Club, LLV v. John Does 1-20*
    United States District Court for the District of Colorado
    Docket #: 1:14-cv-02448-WYD-MEH

To Whom It May Concern,

I am the John Doe, identified by the IP address 71.211.250.91, in the above case. I am sending this letter to object to the release of my records for the date and time specified in this case. I do not personally own a computer. I use my wireless internet to operate my cellular phone, my IPad, and my television's smart features (ex. Netflix, Amazon Prime, etc.). None of these devices, at least to my knowledge, have the capability of downloading from torrent sites. I have never seen the movie, *Dallas Buyer's Club*, either in theaters or in my own home. As I do have wireless internet, it is possible that someone outside of my home was utilizing my wireless network to download copyrighted material. The password to my wireless network is also printed directly on my wireless router, by my wireless provider, which would mean that anyone who entered my home would have also had access to my wireless password. I have never given my wireless network's password to anyone and anyone who would be using my wireless network would be doing so without my permission. I am not the person responsible for downloading the movie, *Dallas Buyer's Club*, and as such, will not authorize the release of my records to the Plaintiff and to the court.

Regards,

John Doe
(IP Address: 71.211.250.91)

[Stamp:]
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 30 2014
JEFFREY P. COLWELL
CLERK