# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02448-WYD-MEH

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

       Plaintiff,

v.

JOHN DOES 1-20,

       Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT JOHN DOE 16 PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by Defendant John Doe 16, as identified in Exhibit A attached to the Complaint in the above-captioned action, the Plaintiff hereby voluntarily dismisses Defendant John Doe 16, as

identified in Exhibit A attached to the Complaint in the above-captioned action, without prejudice.

DATED this 3rd day of October, 2014.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail: david.thunderlaw@gmail.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *David J. Stephenson, Jr.*