

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

October 20, 2014

*CONFIDENTIAL*

<u>Via Overnight Delivery</u>
David J. Stephenson Jr., Esquire
Rocky Mountain Thunder Law Firm
Applewood Tech Center
2801 Youngfield St
Suite 300
Golden, CO 80401

    Re:    *Dallas Buyers Club, LLC v. John Does 1-20*
           United States District Court for the District of Colorado
           Docket No.: 1:14-cv-02448
           Order Entered: September 4, 2014
           Comcast File #: 583869-583880

Dear Mr. Stephenson:

    The Court Order entered September 4, 2014 with respect to the Docket Number shown above, has been forwarded to the Legal Response Center for a reply. Pursuant to this Order, Comcast's responses are included in Attachment A of this document.

                                         Very Truly Yours,

                                         Comcast Legal Response Center



EXHIBIT 4