## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02448-WYD-MEH

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

       Plaintiff,

  v.

JOHN DOES 1-4, 6-8, 10, 12-15, 17, and 19,

       Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## OF DEFENDANT JOHN DOE 19 PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by Defendant John Doe 19, as identified in Exhibit A attached to the Complaint in the above-captioned action, the Plaintiff hereby voluntarily dismisses Defendant John Doe 19, as

identified in Exhibit A attached to the Complaint in the above-captioned action, with prejudice.

DATED this 8th day of January, 2015.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail:  david.thunderlaw@gmail.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *David J. Stephenson, Jr.*