## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02448-WYD-MEH

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

        Plaintiff,

   v.

JOHN DOES 1-4, 6-8, 10, 12-15, 17, and 19,

        Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANTS JOHN DOE 2, JOHN DOE 3, JOHN DOE 6, JOHN DOE 7,
## JOHN DOE 8, JOHN DOE 14, AND JOHN DOE 17
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by Defendants John Doe 2, John Doe 3, John Doe 6, John Doe 7, John Doe 8, John Doe 14, or John Doe 17, as identified in Exhibit A attached to the Complaint in the above-captioned action, the Plaintiff hereby voluntarily dismisses Defendants John Doe 2, John Doe 3, John Doe 6, John Doe 7, John Doe 8, John Doe 14, and John Doe 17, as identified in Exhibit A attached to

the Complaint in the above-captioned action, without prejudice.

DATED this 8th day of January, 2015.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail: david.thunderlaw@gmail.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *David J. Stephenson, Jr.*