THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02448-WYD-MEH

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

        Plaintiff,

  v.

JOHN DOES 1, 4, 10, 12, 13, and 15,

        Defendants.

**MOTION FOR EXTENSION OF TIME TO SERVE THE REMAINING DEFENDANTS
(AUTHORITY INCORPORATED)**

Pursuant to Fed. R. Civ. P. 4(m), D.C.COLO.LCivR 6.1C, and law, the Plaintiff respectfully requests an additional thirty (30) days beyond the January 30, 2015 date set by the Court in its December 31, 2014 Minute Order [docket #29], or up to and including March 1, 2015, to serve the remaining defendants in the above-captioned action. Pursuant to D.C.COLO.LCivR 6.1D, the Plaintiff states that this is the second request for an extension of time in this case.

AS GROUNDS THEREFOR, the Plaintiff states:

1. All citations to legal authority, all references to the record in this case, all exhibits, and all arguments in the first motion for extension of time [filed December 31, 2014; docket #27] are incorporated herein.

2. The record in this case shows that despite the Plaintiff's effort to expedite the

production by ISPs of identifying information regarding the defendants, the Plaintiff has not known the identity of any defendant for the 120 days allowed by Fed. R. Civ. P. 4(m) to effect service [*see* docket #27, para. 6].  Therefore, there is good cause for granting this requested extension of time.  *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995), *cert. den.*

3.  The claims in this case have been resolved as to fourteen of the original twenty Doe defendants.  The Plaintiff's counsel anticipates filing notices of dismissal shortly with respect to several of the remaining defendants and is still attempting to engage in confidential settlement negotiations with the balance of the defendants in order to determine if the most efficient use of judicial resources would be for litigation to proceed against them by service of a summons and an amended complaint.

4.  Because the Plaintiff's counsel has been attempting to engage in confidential settlement communications with numerous remaining defendants, or their respective counsel, circumstances warrant the exercise of this Court's discretion in directing that the Plaintiff be granted additional time to serve these defendants, rather than dismissing them.  *See Henderson v. United States*, 517 U.S. 654, 662, 116 S. Ct. 1638, 134 L. Ed. 2d 880 (1996); *see also Hernandez v. Reddaway*, 2013 U.S. Dist. LEXIS 116576 (C.D. Utah 2013).  Accordingly, for this reason, and because there is a showing of good cause, the Plaintiff requests an extension of time to effectuate service on the remaining defendants up to and including March 1, 2015. *Espinoza*

*v. United States*, 52 F.3d 838, 841 (10th Cir. 1995), *cert. den.*

DATED this 28th day of January, 2015.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
david.thunderlaw@gmail.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected through this system on all counsel of record and interested parties who have entered their appearance in this action and by e-mail to the movant.

By: /s/ *David J. Stephenson, Jr.*