IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02448-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1, 4, 10, 12-13, 15,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 29, 2015**.

    For good cause shown, Plaintiff's Second Motion for Extension of Time to Serve Defendants [filed January 28, 2015; docket # 33] is **granted in part and denied in part**.  Plaintiff shall serve the remaining Defendants pursuant to Fed. R. Civ. P. 4 on or before February 27, 2015.[1]

    The Court shall grant no further extensions of this deadline absent a showing of exceptional cause.

---

[1] The requested deadline falls on a Sunday.