**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02448-WYD-MEH

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

   Plaintiff,

 v.

JOHN DOES 1, 4, 10, 12, 13, and 15,

   Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANTS JOHN DOE 10, JOHN DOE 12, AND JOHN DOE 13
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by either Defendant John Doe 10, John Doe 12, or John Doe 13 as identified in Exhibit A attached to the Complaint in the above-captioned action, the Plaintiff hereby voluntarily dismisses Defendants John Doe 10, John Doe 12, and John Doe 13, as identified in Exhibit A

attached to the Complaint in the above-captioned action, without prejudice.

>DATED this 7th day of February, 2015.
>
>Respectfully submitted,
>
>/s/ *David J. Stephenson, Jr.*
>David J. Stephenson, Jr.
>2801 Youngfield St., Suite 300
>Golden, Colorado 80401
>Telephone: (303) 726-2259
>Facsimile: (303) 362-5679
>E-Mail:  david.thunderlaw@gmail.com
>Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

>By:  /s/ *David J. Stephenson, Jr.*