**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:14-cv-02448-WYD-MEH

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

        Plaintiff,

  v.

JOHN DOE 4,

        Defendant.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**OF DEFENDANT JOHN DOE 4**
**AND THE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by Defendant John Doe 4, the Plaintiff hereby voluntarily dismisses Defendant John Doe 4 and all claims in the Complaint in the above-captioned action, and therefore the

above-captioned action, without prejudice.

DATED this 27th day of February, 2015.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
david.thunderlaw@gmail.com
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties who have agreed to accept service through this system.

By: /s/ *David J. Stephenson, Jr.*